1  ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney
4
450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
Telephone: (415) 436-7298
6  Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov
7
Attorneys for Defendant
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
OAKLAND DIVISION
11

12  MANJUNATH BORAIAH, *et al.*,                    Case No. 4:24-cv-07858 HSG

13              Plaintiffs,

14      v.                                          **STIPULATION TO EXTEND TIME FOR**
                                                    **DEFENDANT'S RESPONSE TO PLAINTIFFS'**
15  UR M. JADDOU, Director, United States          **COMPLAINT; AND ORDER**
    Citizenship and Immigration Services,
16
                Defendant.
17

18          The parties, through their undersigned attorneys, hereby stipulate to an extension of time for

19  Defendant's response to Plaintiffs' complaint.  Defendant will file her response on or before

20  February 13, 2025.  The parties make this request because, on January 13, 2025, United States

21  Citizenship and Immigration Services adjudicated Plaintiffs' Forms I-829, Petition by Investor to

22  Remove Conditions on Permanent Residence Status.  Plaintiffs are waiting for the printing and delivery

23  of the lawful permanent resident card.

24  ///

25

26

27

28

Stipulation to Extend
C 4:24-cv-07858 HSG                         1

1    Dated: January 14, 2025                    Respectfully submitted,[1]

2                                               ISMAIL J. RAMSEY
                                                United States Attorney
3

4                                                /s/ Elizabeth D. Kurlan
                                                ELIZABETH D. KURLAN
5                                               Assistant United States Attorney
                                                Attorneys for Defendant
6

7    Dated: January 14, 2025                     /s/ Curtis Lee Morrison
                                                CURTIS LEE MORRISON
8                                               Red Eagle Law
                                                Attorney for Plaintiffs
9

10

11

12

13

14                                    **ORDER**

15              Pursuant to stipulation, IT IS SO ORDERED.

16
     Date:    1/15/2025
17
                                                HAYWOOD S. GILLIAM, JR.
18                                              United States District Judge

19

20

21

22

23

24

25

26
     _____
27       [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all
     signatories listed herein concur in the filing of this document.
28
     Stipulation to Extend
     C 4:24-cv-07858 HSG                    2